# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Fakhriddin Baykhanov,                           :
                        Petitioner             :
                                                :
            v.                                  :           No. 245 C.D. 2018
                                                :
Workers' Compensation Appeal                    :
Board (Onixe Express),                          :
                        Respondent             :

## O R D E R

NOW, December 3, 2018, upon consideration of petitioner's application for reconsideration/reargument, and intervenor UEGF's and respondent's answers in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge